UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ELCHONON SCHWARTZ,

                                Plaintiff,                    23-CV-7485 (ER)

-against-                      **ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE CALL**

VAULT E&S INSURANCE COMPANY,

                                Defendant.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, October 15, 2024 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

                **SO ORDERED.**

DATED:      New York, New York
                   September 16, 2024

                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge