UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ELCHONON SCHWARTZ,

                                  Plaintiff,                      23-CV-7485 (ER)

          -against-                      **ORDER RESCHEDULING PRE-SETTLEMENT CONFERENCE CALL**

VAULT E&S INSURANCE COMPANY,

                                Defendant.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The pre-settlement conference call in this matter is hereby rescheduled for **Monday, October 28, 2024 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

        SO ORDERED.

DATED:    New York, New York
               September 25, 2024

                                                                   VALERIE FIGUEREDO
                                                                  United States Magistrate Judge