**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

ELCHONON SCHWARTZ,

                              Plaintiff,                      23-CV-7485 (ER)

                         -against-                    **ORDER RESCHEDULING**
                                                                          **PRE-SETTLEMENT**
VAULT E&S INSURANCE COMPANY,              **CONFERENCE CALL**

                              Defendant.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The pre-settlement conference call in this matter is hereby rescheduled for **Tuesday, October 29, 2024 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

        SO ORDERED.

DATED:    New York, New York
                October 22, 2024

                                                                   VALERIE FIGUEREDO
                                                                  United States Magistrate Judge