UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ELCHONON SCHWARTZ,

                Plaintiff,                23-CV-7485 (ER)

      -against-                **ORDER SCHEDULING SETTLEMENT CONFERENCE**

VAULT E&S INSURANCE COMPANY,

                Defendant.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter is hereby rescheduled for **Thursday, February 6, 2025, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **January 30, 2025.**

      SO ORDERED.

DATED:    New York, New York
             October 29, 2024

                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge