

Scott E. Agulnick | **Principal**
Email:  sagulnick@**agulnick**kremin.com

January 28, 2025

**VIA CM/ECF**
Magistrate Judge Valerie Figuerdo
United States District Court
Southern District of New York
225 Cadman Plaza East, Courtroom 504N
500 Pearl Street, Room 1660
New York, New York 10007

      *Re*:    **Schwartz v. Vault E&S Insurance Company**
             Civil Case No.: 1:23-cv-07485-ER

Dear Judge Figuerdo,

    This office represents Plaintiff Elchonon Schwartz (hereinafter referred to as "Plaintiff") in the above-captioned matter and submits the instant letter motion respectfully requesting an adjournment of the upcoming settlement conference, currently scheduled for February 6, 2025. Plaintiff has the consent of the Defendant to make this request.

    Briefly stated, Plaintiff's wife is currently due with their child on February 9, 2025 and has been designated high risk. As such, Plaintiff is on standby for his wife to go into labor. The parties have not made any prior requests to adjourn the February 6, 2025 settlement conference. Per This Honorable Court's rules, the parties set forth the following two potential dates: March 11, 2025 and March 19, 2025.

    Counsel for the parties remain available to provide the Court with any additional information regarding the status and progression of this matter this Court deems necessary.

    The parties thank This Honorable Court for its courtesies with respect to this matter.

**MEMO ENDORSED**
/s/ Valerie Figueredo
**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**
**Dated:** 1/29/25

The settlement conference is hereby rescheduled for **May 7, 2025 at 10 a.m.** in Courtroom 17-A at 500 Pearl Street, New York, New York. The parties are to submit pre-conference materials by **April 30, 2025**.

Respectfully submitted,

**Agulnick Kremin P.C.**

Scott E. Agulnick