UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELCHONON SCHWARTZ,

                  Plaintiff,                  23-CV-7485 (ER)

      -against-                  **ORDER RESCHEDULING**
                                                                       **SETTLEMENT CONFERENCE**

VAULT E&S INSURANCE COMPANY,

                  Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       In light of the Defendant's request for an adjournment at ECF No. 28, the settlement conference in this matter is hereby rescheduled for **Thursday, August 28, 2025 at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

       Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Thursday, August 21, 2025.**

       The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 28.

       SO ORDERED.

DATED:    New York, New York
              May 6, 2025

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge