UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELCHONON SCHWARTZ,

Plaintiff,

*-against-*

VAULT E&S INSURANCE COMPANY,

Defendant.

**ORDER**

23-cv-07485 (ER)

RAMOS, D.J.:

Elchonon Schwartz filed this action against Vault E&S Insurance Company ("Vault") in August 2023. Doc. 4. The Court entered a scheduling order on April 4, 2024, in which it ordered the parties to complete discovery by September 4, 2024, and appear for a case management conference on September 12, 2024. Doc. 14. During the case management conference, the parties indicated that they had not completed discovery and requested a referral to the magistrate judge for a settlement conference. After the Court issued the referral, the parties participated in a settlement conference on August 25, 2025, which did not result in a settlement agreement. Doc. 34. Several months later, on February 6, 2026, Vault requested a pre-motion conference to discuss several discovery disputes. *Id.* Vault then rescinded its request after the parties consensually resolved their disputes. Doc. 36. Since then, there has not been any activity in this case. The parties are therefore directed to file a joint status update by October 15, 2026.

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

EDGARDO RAMOS
United States District Judge